# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>CELSO MANUEL GAMBOA SANCHEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:24-MJ-610<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2020 to the present__ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 959(a), 960, and 963 | Conspiracy to Manufacture and Distribute Five Kilograms or more of Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States |
| 21 U.S.C. § 959 and 18 U.S.C. § 2 | Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States |

This criminal complaint is based on these facts:

See SA Jackie Cypert DEA's affidavit attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jackie Cypert,  DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*(specify reliable electronic means).*

Date: 09/30/2024

10/01/2024
13:12:10
*Judge's signature*

City and state: Plano, Texas

Bill Davis, U.S. Magistrate Judge
*Printed name and title*